**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM WRIGLEY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| WEISMAN HOLDING CORPORATION, HOMEWOOD HOLDING COMPANY, LLC, HOMEWOOD 2ND SITE HOLDING COMPANY, LLC, POSEN DISPENSARY HOLDING COMPANY, LLC, POSEN 2ND SITE HOLDING COMPANY, LLC, COMPASS DISPENSARY HOLDINGS, LLC, WCCC, LLC, and COMPASS DISPENSARY MANAGEMENT, LLC | ) ) ) ) ) ) ) ) ) ) Case No. 22-cv-03367 Hon. John J. Tharp, Jr. |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff William Wrigley, Jr., by and through his undersigned counsel, voluntarily dismisses this action, without prejudice, against Defendants Weisman Holding Corporation, Homewood Holding Company, LLC, Homewood 2nd Site Holding Company, LLC, Posen Dispensary Holding Company, LLC, Posen 2nd Site Holding Company, LLC, Compass Dispensary Holdings, LLC, WCCC, LLC, and Compass Dispensary Management, LLC. Defendants have not filed appearances or an answer in this action.

Dated: July 11, 2022

/s/ *Craig C. Martin*
Craig C. Martin
Aaron J. Hersh
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: (312) 728-9000
cmartin@willkie.com
ahersh@willkie.com
*Counsel for William Wrigley, Jr.*